UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Warren E. Peterson</u>

     v.                                         Civil No. 14cv432-LM

<u>John Masse, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 18, 2014.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: January 14, 2015

cc:   Warren E. Peterson, pro se