UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Warren E. Peterson

     v.                                    Civil No. 14-cv-432-LM

John Masse, et al.


O R D E R

After due consideration of the partial objection filed, I
herewith approve the Report and Recommendation of Magistrate
Judge Andrea K. Johnstone dated September 16, 2015.

    SO ORDERED.

                                  _____
                                  Landya B. McCafferty
                                  United States District Judge

Date: October 13, 2015

cc:  Warren E. Peterson, pro se
     Kenneth A. Sansone, Esq.
     Nancy J. Smith, Esq.