```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>Warren E. Peterson</u>

    v.                                                            Civil No. 14-cv-432-LM

<u>John Masse, et al.</u>


                                  <u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 5, 2017.

    SO ORDERED.

                                                    _____
                                                    Landya B. McCafferty
                                                    United States District Judge

Date: August 28, 2017

cc:    Warren E. Peterson, pro se
       Elizabeth Mulholland, Esq.
       Kenneth A. Sansone, Esq.
       Nancy J. Smith, Esq.
       Scott Edward Sakowski, Esq.